**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2129**

---

BRIAN E. PELTIER,

Plaintiff - Appellant,

versus

GREYHOUND LINES, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge. (CA-00-1726-2-18AJ)

---

Submitted:  December 28, 2001      Decided:  January 18, 2002

---

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Brian E. Peltier, Appellant Pro Se.  Stephen Lynwood Brown, YOUNG, CLEMENT, RIVERS & TISDALE, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brian E. Peltier appeals the district court's order granting summary judgment to his former employer in his civil action in which he alleged violations of the Americans with Disabilities Act and the Family Medical Leave Act. We have reviewed the record and the district court's opinion accepting the magistrate judge's report and recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Peltier v. Greyhound Lines, Inc.</u>, No. CA-00-1726-2-18AJ (D.S.C. Aug. 7, 2001). We also deny Peltier's motion for formal briefing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>